UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

MICHAEL WILLIAM BAKER,

    Defendant.
_____/

Case:2:16-cr-20252
Judge: Tarnow, Arthur J
MJ: Majzoub, Mona K.
Filed: 04-07-2016 At 03:08 PM
INDI USA V MICHAEL WILLIAM BAKER (LG)

VIOLATION: 18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)*

On or about December 16, 2015, in the Eastern District of Michigan, Southern Division, the defendant, MICHAEL WILLIAM BAKER, after having previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year (felony offense), did knowingly and unlawfully possess a firearm, that is, one Ruger LCP, .380 caliber pistol, said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

*(18 U.S.C. § 924(d) -- Firearms and Ammunition Forfeiture)*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, MICHAEL WILLIAM BAKER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offenses.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney

*s/ Matthew Roth*
Matthew Roth
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226

Dated: April 7, 2016

*s/ Andrew J. Lievense*
Andrew J. Lievense
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9665
andrew.lievense@usdoj.gov

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov |
|---|---|

ORIGINAL

Case: 2:16-cr-20252
Judge: Tarnow, Arthur J.
MJ: Majzoub, Mona K.
Filed: 04-07-2016 At 03:08 PM
INDI USA V MICHAEL WILLIAM BAKER (L G)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)¹: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: |

Case Title: USA v. MICHAEL WILLIAM BAKER

County where offense occurred: WAYNE

Check One:   ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*

**Superseding Case Information**

Superseding to Case No: _____  Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 7, 2016
Date

ANDREW J. LIEVENSE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313.226.9665
Fax: 313.226.2372
E-mail address: andrew.lievense@usdoj.gov

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.
04/13