UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

                                   Criminal No. 16-cr-20252

v.

                                   Honorable Arthur J. Tarnow

MICHAEL WILLIAM BAKER,

      Defendant.

_____/

## **MOTION FOR LEAVE TO DISMISS INDICTMENT**

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America hereby moves for leave to dismiss the indictment against defendant Michael William Baker.

Respectfully Submitted,

DANIEL L. LEMISCH
Acting United States Attorney

*/s Andrew J. Lievense*
ANDREW J. LIEVENSE
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3211
(313) 226-9665
Date: May 5, 2017          andrew.lievense@usdoj.gov