UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Criminal No. 16-cr-20252

                                    Honorable Arthur J. Tarnow

MICHAEL WILLIAM BAKER,

    Defendant.
_____/

## Order

    The Government's Motion for Leave to Dismiss Indictment (Docket No. 4) is hereby GRANTED. The Indictment is DISMISSED without prejudice.

                                    s/Arthur J. Tarnow
                                    ARTHUR J. TARNOW
                                    UNITED STATES DISTRICT JUDGE

Dated: June 2, 2017

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S Mail addresses disclosed on the Notice of Electronic filing on June 2, 2017.

                                    s/Teresa McGovern
                                    Case Manager Generalist